Eastern District of Kentucky
**FILED**

MAR 2 6 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:26-CR-051-SCM-HAI

RAMONDO TAYLOR, JR.,
aka SCOOP

\*    \*    \*    \*    \*

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 846

On or about a date in September 2024, the exact date unknown, and continuing through on or about March 3, 2026, in Perry, Breathitt, Fayette, and Whitley Counties in the Eastern District of Kentucky, and elsewhere,

**RAMONDO TAYLOR, JR.,
aka SCOOP,**

did conspire with others to knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about September 4, 2025, in Fayette County, in the Eastern District of Kentucky,

**RAMONDO TAYLOR, JR.,**
**aka SCOOP,**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853

1.      By virtue of the commission of the felony offense alleged in Counts 1 and 2 of the Indictment, **RAMONDO TAYLOR, JR.,** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. §§ 841 and 846 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 841 and 846. Any and all interest that **RAMONDO TAYLOR, JR.,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

3.      The property to be forfeited includes, but is not limited to, the following which was seized from **RAMONDO TAYLOR, JR.,** on or about March 3, 2026:

**CURRENCY:**

a.  $6,900.00 in United States currency.

4.      If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████████

FOREPERSON


JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY


ANDREW H. TRIMBLE
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1 & 2

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

PLUS:          Mandatory special assessment of $100 per count.

PLUS:          Forfeiture of listed items.